In the Matter of ALBERT DI LANDRI, Respondent, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles, Appellant.

Submitted March 8, 1954; decided March 11, 1954.

*Nathaniel L. Goldstein, Attorney-General (Ruth K. Toch* of counsel), for motion.

No one opposed.

Motion to dismiss appeal granted and appeal dismissed, without costs.